# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Scot Decker, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| I.E. Miller Services, Inc., n/k/a Hemphill ) | |
| Trucking, Inc.; et. al., ) | Case No. 4:14-cv-088 |
| ) | |
| Defendants. ) | |

On January 5, 2018, plaintiff filed a "First Amended Combined Motion in Limine." Therein he advises that he is withdrawing the motion in limine filed on July 3, 2017, and filing the instant motion in its place. Accordingly, the court shall deem **MOOT** the motion in limine filed on July 3, 2017 (Doc. No. 86).

**IT IS SO ORDERED.**

Dated this 11th day of January, 2018

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court