# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Scot Decker, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>I.E. Miller Services, Inc., n/k/a Hemphill )<br>Trucking, Inc., et. al., )<br>)<br>        Defendants. ) | **ORDER RE ADMISSION**<br>**PRO HAC VICE**<br><br><br>Case No. 4:14-cv-088 |

Before the court is a motion for attorney Sean J. Williams to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Sean J. Williams has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 121) is **GRANTED**. Attorney Sean J. Williams is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2018.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr.
                                                        United States Magistrate Judge