IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| Scot Decker, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | **JERRY ANDERSON DEPOSITION** |
| | ) | **RULINGS (FINAL)** |
| v. | ) | |
| | ) | Case No. 4:14-cv-00088 |
| I.E. Miller Services, Inc., et. al | ) | |
| | ) | |
| Defendants | ) | |

The following are the court's rulings with respect to the designations and objections by the parties for the presentation of the deposition testimony of the above-named witness.

| Party | Designation | Objection | Ruling | Allowed |
| --- | --- | --- | --- | --- |
| P/D | 5/9-5/11 | | | 5/9-5/11 |
| P | 6/20-7/23 | | | 6/20-6/24 |
| D | 8/24-9/19 | P objects 9/02-9/10 for lack of foundation | Overruled | 8/24-9/19 |
| P | *9/11-10/4 | | | |
| P | | Withdrawn | | |
| P | 12/12-13/13 | | | 12/12-13/13 |
| D | 13/14-13/25 | P objects for lack of foundation and personal knowledge and speculation | Overruled these objections | 13/14-13/25 |
| P | 14/17-15/10 | D objects to 14/1-15/2 because of lack of relevancy (relates to some other matter or company) | Sustained | |
| P | 15/16-16/05 | | Sustained on record | |
| P | 17/15-17/19 | | | 17/15-17/19 |
| P | 17/22-17/24 | | | 17/22-17/24 |

| | | | | |
|---|---|---|---|---|
| P | 19/23-20/20 | Addressed on record | | 19/23-20/7<br>20/22-21/9 |
| P | 22/17-23/17 | Addressed on record | Sustained | |
| P | 25/17-25/22 | | | 25/17-25/22 |
| P | 26/16-27/21 | | | 26/16-27/21 |
| P | 28/08-29/06 | | | 28/08-29/06 |
| P | 29/17-30/25 | | | 29/17-30/25 |
| P | 32/03-33/08 | D objects 32/3-3/23 for lack of foundation and personal knowledge, speculation, improper opinion | Sustained | |
| P | 32/3-32/23??? | D objects for lack of foundation and personal knowledge, speculation, improper opinion | | |
| D | 33/18-35/7 | | | 33/18-35/7 |
| P | *34/12-34/18 | | | |
| P | *34/25-35/04 | | | |
| P | 35/19-37/25 | | | 35/19-37/25 |
| P | 38/02-38/06 | | | 38/02-38/06 |
| P | 38/14-38/17 | | | 38/14-38/17 |
| P | 40/8-40/15 | | | 40/8-40/15 |
| P | 43/22-44/06 | Sustained | | |
| D | 44/18 -46/23 | | | 44/18 -46/23 |
| D | 47/9-49/21 | | | 47/9-49/21 |
| P | 49/22-50/22 | Def objects 49/22-50/22& 52/5/-53/17 on grounds of lack of foundation, hearsay, speculation | Overruled in part on record | 49/22-50/22 |
| P | 50/05-50/22 | See above | | |
| P | 50/24-51/06 | See above | Sustained | |

| | | | | |
|---|---|---|---|---|
| D | | | | 51/13-52/25 |
| P | 52/05-52/25 | See above | Sustained | |
| P | 53/01-53/11 | See above | Sustained | |
| D | 54/10-54/12 | | | 54/10-54/12 |
| P | 55/14-56/10 | Withdrawn | | |
| D | 57/3-60/14 | | | 57/3-60/14 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**IT IS SO ORDERED.**

Dated this 14th day of February, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court