IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| Scot Decker, | ) | |
| | ) | **PATRICK HLADKY DEPOSITION** |
| Plaintiff, | ) | **RULINGS (FINAL)** |
| | ) | |
| v. | ) | Case No. 4:14-cv-00088 |
| | ) | |
| I.E. Miller Services, Inc., et. al | ) | |
| | ) | |
| Defendants | ) | |

The following are the court's rulings with respect to the designations and objections by the parties for the presentation of the deposition testimony of the above-named witness.

| Party | Designation | Objection | Ruling | Allowed |
|---|---|---|---|---|
| D | 6/1-8/5 | | | 6/4-8/5 |
| PCD | *6/4-6/12 | | | |
| D | 8/23-17/16 | P objects to 8/20 to 9/20 based on improper character evidence and remedial measures | Overruled | 8/20-11/14 |
| | | P objects to 11/15-15/19 as relating to matter covered by order re motions in limine and irrelevant | Sustained as to 11/15-12/18 | 12/19-13/20 |
| | | P objects 15/20-15/24 as irrelevant sidebar | Sustained as to 13/21-17/16 - Rules 402-03 | |
| | | P objects 15/25-16/25 as being irrelevant, improper character evidence, and speculation | See above | |
| | | P objects to 17/01-17/16 same as above | See above | |

| | | | | |
|---|---|---|---|---|
| D | 18/9-20/25 | P objects to 18/09-18/18 as irrelevant, improper character evidence, lacks foundation<br><br>P objects to remainder as irrelevant and subsequent remedial measures | Sustained<br><br><br><br><br>Sustained | |
| D | 22/22-27/5 | P objects to remedial measures, lack of foundation, speculation, lack of personal knowledge, and irrelevancy | Sustained in part and overruled in part | 22/22-24/13<br>25/8-25/6 |
| D | 29/8-31/13 | P objects lack of foundation and personal knowledge, speculation and irrelevancy | Sustained in part and overruled in part | 30/10-30/24 |
| D | 32/5-33/21 | Same as above | Sustained | |
| D | 34/10-35/13 | Same as above | Sustained | |
| D | 35/22-35/25 | Same as above | Sustained | |
| D | 39/7-40/15 | Same as above | Sustained | |
| PCD | 44-06-44/13 | | Exclude part based on prior rulings | 44/6-44/9 |
| D | 44/14-45/7 | P objects hearsay, lack of relevance, speculation, improper character evidence | Sustained in part and overruled in part | 44/22-45/7 |
| D | 45/23-46/21 | P objects, lack of foundation and personal knowledge, speculation, improper character evidence and habit | Sustained in part and overruled in part | 45/23-46/4<br>46/14-46/21 |
| PCD | 47/1-47/4 | | | 46/22-47/3 |
| D | 47/8-47/20 | | | 47/8-48/2 |
| PCD | *47/8-47/10 | | | |
| PCD | *47/12-48/2 | | | |

| | | | | |
|---|---|---|---|---|
| D | 48/3-49/24 | P objects to 48/03-48/20 as improper character evidence, lack of personal knowledge and foundation, and speculation | Overruled | 48/3-49/24 |
| PCD | 51/3-51/8 | | | 51/3-51/8 |
| D | 54/6-57/22 | P objects as irrelevant, habit, lack of personal knowledge and foundation, hearsay, and speculation | Sustained on 402 and 403 grounds | |
| D | 64/21-69/8 | P objects to 65/12-65/12?? P objects to 66/11-69/08 as irrelevant, improper character evidence, lacks foundation, not the same type of work | Overruled Sustained per rulings on motions in limine and Rule 407 | 64/21-65/22 |
| PCD | *65/12-65/22 | | | |
| D | 96/8-96/21 | P objects as irrelevant, lacks foundation, dissimilar accidents | Sustained | |
| D | 99/18-100/17 | P objects to 99/18-100/8 as irrelevant, lacks foundation, improper character evidence | Overruled in part and also based on counter-designation | 99/18-100/24 |
| PCD | *100/9-100/24 | | | |
| PCD | 103/1-103/4 | | | 103/1-103/4 |
| PCD | 103/18-104/7 | D objects speculation and Rule 401-03 grounds | Sustained | |
| PCD | 104/10-104/13 | Same as above | Sustained | |
| PCD | 104/24-105/4 | | | 104/24-105/4 |
| PCD | 108/17-109/1 | Same as above | Overruled | 108/17-109/1 |
| PCD | 109/4-109/8 | | | 109/4-109/8 |
| PCD | 110/9-112/14 | D objects to speculation, Rule 401-03 grounds and form objections in the record | Sustained in part and overruled in part | 111/3-112/14 |

| | | | | |
|---|---|---|---|---|
| PCD | 113/1-113/15 | | | 113/1-113/15 |
| PCD | 116/10-117/13 | | | 116/10-117/13 |
| PCD | 120/18-121/15 | | | |
| PCD | 126/2-126/20 | | | |
| PCD | 127/8-127/17 | D objects 127/8 to 129/8 based on speculation and misleading | Sustained and Rule 403 unless can show that test was conducted | |
| DCD | 127/18-127/20 | See above | See above | |
| PCD | 127/21-129/8 | See above | See above | |
| PCD | 132/24-133/14 | | | 132/24-133/13 |
| DCD | 133/14-135/14 | | | 133/14-135/14 |
| PCD | 138/8-138/14 | | | 138/8-138/14 |
| DCD | 138/15-138/17 | | | 138/15-138/17 |
| PCD | 144/22-144/25 | | | 144/22-144/25 |
| PCD | 145/12-145/14 | | | 145/12-145/14 |
| PCD | 146/19-146/22 | | | 146/19-146/22 |
| PCD | 150/6-150/23 | D objects as speculation, confusing, and Rule 401-403 grounds | Sustained | |
| PCD | 171/20-173/1 | | | 171/20-173/1 |
| PCD | 173/24-175/2 | D objects on grounds that questions are vague and compound as well as speculation and assuming facts not in evidence | Sustained | |
| PCD | 181/4-181/13 | | | 181/4-181/13 |
| PCD | 182/6-182/10 | | | 182/6-182/10 |
| DCD | 182/23-185/13<br>183/23-185/13 | | | 183/23-185/13 |
| PCD | 185/14-185/24 | | | 185/14-185/24 |

| | | | | |
|---|---|---|---|---|
| DCD | 185/25-186/19 | | | 185/25-186/19 |
| PCD | 186/20-187/4 | | | 186/20-187/4 |
| DCD | 187/5-187/17 | | | 187/5-187/17 |
| PCD | 188/4-188/8 | | | 188/4-188/8 |
| DCD | 188/9-189/14 | | | 188/9-189/14 |
| DCD | 190/23-192/1 | | | 190/23-192/1 |
| PCD | 194/22-196/6<br>194/22-195/6 | D objects to this because it assumes someone other than driller acted | Overruled | 194/22-195/6 |
| PCD | 202/22-203/11 | D objects based on form objection in record and argumentative | Sustained | |
| PCD | 205/2-205/20 | | | 205/2-205/20 |
| PCD | 206/11-206/17 | | | 206/11-206/17 |
| PCD | 207/11-209/4 | D objects on lack of relevancy and Rule 401-03 grounds | Sustained in part and overruled in part | 208/14-209/4 |
| D | 233/10-235/20 | P objects as irrelevant, hearsay, calls for speculation, and improper character evidence | Sustained in part and overruled in part | 233/10-233/16<br>235/11-235/20 |
| D | 236/13-239/11 | P objects as irrelevant, lacks personal knowledge, speculation, and character evidence | Sustained in part and overruled in part | 236/13-238/2<br>238/10-239/11 |
| D | 240/17-241/25 | P objects to 241/2 to 241/25 on same grounds as above | Sustained | 240/17-241/1 |
| PCD | *240/19-241/01 | | | |
| D | 244/23-245/13 | | Exclude relevancy and 403 grounds and ruling on subsequent objections???? what is ex.30 | |

5

| | | | | |
|---|---|---|---|---|
| D | 246/7-247/1 | P objects calls, for speculation, lack of personal knowledge, and foundation | Exclude relevancy and 403 grounds | |
| D | 260/19-261/20 | P objects as irrelevant, improper character evidence, and violating order re motion in limine | Sustained in part and overruled in part and P opened door | 260/19-261/3 261/6-261/14 |
| | | | | |

**IT IS SO ORDERED.**

Dated this 14th day of February, 2018.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr., Magistrate Judge
                                          United States District Court