IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| Scot Decker, | ) | |
| --- | --- | --- |
| | ) | **MIKE REIS DEPOSITION** |
| Plaintiff, | ) | **RULINGS** |
| | ) | |
| v. | ) | Case No. 4:14-cv-00088 |
| | ) | |
| I.E. Miller Services, Inc., et. al | ) | |
| | ) | |
| Defendants | ) | |

The following are the court's rulings with respect to the designations and objections by the parties for the presentation of the deposition testimony of the above-named witness. Unless otherwise stated, the grounds for the objection are set forth in the separate filing by party making the objection.

| Party | Designation | Objection | Ruling | Allowed |
| --- | --- | --- | --- | --- |
| D | 5/5-5/9 | | | 5/5-5/9 |
| D | 7/4-10/18 | Yes as to 9/25-10/18 | Sustained | 7/4-9/24 |
| D | 11/6-15/12 | Yes as to 12/3-15/12 | Sustained Rule 402 and 403 grounds for everything after 11/15 | 11/6-11/15 |
| D | 17/15-18/15 | Yes | Overruled | 17/15-18/15 |
| D | 18/22-20/24 | Yes to 18/22 to 20/3 and 20/6 to 20/24 | Overruled | 18/22-20/24 |
| PCD | 22/03-22/24 | | | 22/03-22/24 |
| D | 23/14-24/15 | | | 23/14-24/15 |
| D | 26/9-28/16 | Yes | Overruled | 26/9-28/16 |

1

| | | | | |
|---|---|---|---|---|
| PCD | 30/14-31/1 | Yes | Overruled | |
| D | 31/2-35/21 | Yes | Sustained on grounds stated in order re motions in limine and moving from standard procedure to what he would have done and speculation as to what Decker did | |
| D | 36/7-38/23 | Yes | Sustained in part based on pretrial rulings and overruled in part | 37/11-38/23 |
| PCD | 42/5-42/9 | | | 42/5-42/9 |
| D | 42/10-43/3 | Yes | Sustained on lack of personal knowledge and Rule 402-403 | |
| D | 43/21-44/13 | Yes | Sustained for same reasons above | |
| PCD | 44/21-46/1 | | Excluded re pretrial rulings and repetitive | |
| D | 46/5-47/9 | Yes | Sustained re pretrial rulings | |
| D | 48/2-49/19 | Yes | Sustained in part re pretrial rulings and overruled in part | 48/21-49/19 |
| D | 51/21-52/7 | Yes | Sustained lack of foundation, form objection, | |
| D | 54/15-55/15 | Yes | Overruled lay witness with particular knowledge of practice and P has opened door in other questioning of other witnesses | 54/15-55/15 |
| D | 57/22-59/1 | | | 57/22-59/1 |
| D | 60/4-61/13 | Yes | Overruled lay witness with particular knowledge of practice and P has opened door in other questioning of other witnesses | 60/4-61/14 |
| D | 61/24-62/15 | Yes | Sustained | |

| | | | | |
|---|---|---|---|---|
| PCD | 64/17-66/15 | | | 64/17-66/15 |
| PCD | 67/11-68/7 | | | 67/11-68/7 |
| PCD | 68/21-69/21 | | | 68/21-69/21 |
| D | 71/10-73/17 | Yes to 71/10 - 72/19, 72/25 to 73/03, and 73/4 to 73/17 | Overruled lay witness with particular knowledge of practice and P has opened door in other questioning of other witnesses | 71/10-73/17 |
| PCD | *72/20-72/24 | | | |
| PCD | 74/21-75/8 | | | 74/21-75/8 |
| | 84/13-85/3 | Yes | Overruled lay witness with particular knowledge of practice and P has opened door in other questioning of other witnesses | 84/13-85/3 |
| D | 87/4-88/6 | Yes | Same as above | 87/4-88/6 |
| | | | | |

**IT IS SO ORDERED.**

Dated this 14 day of February, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court