IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Scot Decker, )
 ) **CHRISTOPHER NIXON**
 Plaintiff, ) **DEPOSITION RULINGS**
 )
 v. ) Case No. 4:14-cv-00088
 )
I.E. Miller Services, Inc., et. al )
 )
 Defendants )

The following are the court's rulings with respect to the designations and objections by the parties for the presentation of the deposition testimony of the above-named witness.

| Party | Designation | Objection | Ruling | Allowed |
|---|---|---|---|---|
| P | 5/21-6/4 | | | 5/21-6/4 |
| D | *5/22-5/24 | | | |
| P | 7/21-9/18 | | | 7/21-9/18 |
| D | *7/21-9/15 | | | |
| P | 9/22-10/8 | | | 9/22-10/8 |
| D | *9/22-10/1 | | | |
| P | 10/20-10/25 | | | 10/20-10/25 |
| D | 11/6-12/12 | Pl objection 11/6-12/12 for lack of relevancy and suggests unsafe conduct Cyclone | Sustained for lack of relevancy | |
| D | 12/23-13/11 | Pl objection 12/23-13/9 for lack of relevancy and reference to another accident | Sustained for lack of relevancy and other accident that is subject to motion in limine rulings | |

1

| | | | | |
|---|---|---|---|---|
| P | *13/12-13/22 | | | 13/12-13/22 |
| D | 14/5-16/5 | P objects to 15/4-16/5 for lack of relevancy | Sustained | 14/5-15/2 15/24-16/5 |
| P | *14/5-15/23 | Inconsistent with objection for part | | |
| P | 17/3-17-5 | | | 17/3-17-5 |
| D | 17/24-19/25 | Pl objection lack of relevancy, lack of foundation, violation of Rule 404 | Overruled | 17/24-19/25 |
| P | 20/15-21/14 | P withdraws re ruling motion in limine | | |
| P | 21/23-21/25 | P withdraws re ruling motion in limine | | |
| D | 22/11-23/8 | P objects lack of foundation and relevancy and improper character evidence | Overruled | 22/11-23/8 |
| D | 25/11-26/4 | P objects 25/20-26/4 re ruling on motion in limine | Sustained | |
| D | 26/19-27/24 | Pl objects lack of relevance and foundation, improper character evidence, speculation | Sustained | |
| P | 27/25-28/17 | | | 27/25-28/17 |
| D | 28/22-29/7 | Pl objects lack of relevancy and foundation | Sustained | |
| P | 29/8-29/14 | | | 29/8-29/14 |
| P | 30/8-30/22 | | | 30/8-30/22 |
| P | 31/3-31/13 | | | 31/3-31/13 |

| | | | | |
|---|---|---|---|---|
| P | 31/18-32/20 | P withdraws | | |
| P | 33/15-33/19 | P withdraws | | |
| P | 35/16-37/6 | | | |
| P | 37/19-38/5 | | | |
| D | 40/13-47/13 | P objects at 42/16 for lack of foundation | Overruled | 40/13-47/13 |
| P | *42/20-43/7 | | | |
| P | *43/24-45/6 | | | |
| P | *45/9-45/18 | | | |
| P | 47/14-47/16 | | | 47/14-47/16 |
| D | 48/22-49/24 | | | 48/22-49/24 |
| P | *49/1-49/13 | | | |
| P | *49/17-50/9 | | | 49/25-50/9 |
| D | 50/16-53/22 | P objects to portions as hearsay | Sustained | 50/16-51/20<br>52/13-52/24 |
| P | *50/16-51/10 | | | |
| P | *51/21-52/12 | | | |
| P | *52/20-52/24 | | | |
| P | 53/24-54/5 | P withdraws | | |
| D | 54/6-54/14 | | | 54/3-54/14 |
| P | 54/15-55/21 | | | 54/15-55/21 |
| D | 55/22-55/24 | | | 55/22-55/24 |

| | | | | |
|---|---|---|---|---|
| P | 55/25-56/12 | D objects to 56/10-56/12 as speculation | Overruled because witness testified not certain but that was he thought based on observations - but play the question and answer at 56/13-56/14 | 55/25-56/12<br><br>56/13-56/14 |
| P | 56/15-57/2 | D objects based on lack of personal knowledge and speculation | Overruled witness states saw connection fairly contemporaneous to accident and remainder layperson observation that it would not have changed | 56/15-57/2 |
| P | 57/6-57/10 | | | 57/6-57/10 |
| D | 57/11-58/3 | P objects for lack of foundation and relevancy and speculation | Overruled but need to complete answer | 57/11-58/12 |
| P | 58/2-58/24 | | | 58/2-58/24 |
| D | *58/21-59/8 | P objects for lack of foundation and relevancy and speculation | Overruled; also fair to complete testimony being offered by pl next; opened door b other trial testimony offered | |
| P | 59/9-59/25 | | | 59/9-59/25 |
| D | 60/12-60/20 | | | 60/12-60/20 |
| P | 63/6-63/15 | | | 63/6-63/15 |
| D | 63/20-64/3 | P objects lack of foundation, hearsay, and speculation | Overruled; also open door based on other questions of P counsel | 63/20-64/3 |

| | | | | |
|---|---|---|---|---|
| P | 64/7-64/18 | D objects based on speculation, not responsive, and untimely designation | Sustained in part lack of personal knowledge | 64/15-64/18 |
| P | 65/1-65/19 | | | 65/1-65/19 |
| D | 65/20-68/2 | P objects lack of foundation, hearsay, and speculation, and hearsay | Overruled; also open door based on other questions of P counsel | 65/20-68/2 |
| P | 68/6-68/17 | D objects based on not responsive to question, speculation, and lack of relevancy | Overruled but need to play 68/18-68/22 for context and for next designation | 68/6-68/17 |
| P | 68/23-69/5 | | See above | 68/18-69/5 |
| D | 69/6-70/17 | P objects based on lack of foundation, hearsay, and improper character evidence | Overruled | 69/6-70/17 |
| D | 72/4-73/19 | P objects based on lack of foundation, hearsay, and improper character evidence | Sustained based on ruling on motion in limine re other accident evidence | |
| D | 74/23-76/1 | Same as above | Sustained as above | |
| P | 77/2-77/14 | | | 77/2-77/14 |
| D | 78/5-80/21 | | | 78/5-80/21 |
| P | 81/7-81/12 | D objects as taken out-of-context and relevancy | Overruled | 81/7-81/12 |
| P | 81/22-82/6 | Same as above | Overruled | 81/22-82/6 |
| P | 82/22-82/23 | Objection - improper opinion, speculation, and lack of personal knowledge | Sustained | |
| P | 82/25-83/10 | Same as above | Sustained | |

5

| | | | | |
|---|---|---|---|---|
| P | 83/15-83/23 | | | 83/15-83/23 |
| P | 84/14-84/25 | | | 84/14-84/25 |
| P | 85/3-88/15 | | | 85/3-88/15 |
| P | 88/17-89/7 | | | 88/17-89/7 |
| P | 91/1-94/17 | D objects based on vagueness, non-responsive, lack of personal knowledge, and speculation | Sustained in part re lack of foundation and exceeds proper lay witness testimony about what crane operators and supervisors should have done and in part repetitive | |
| P | 94/19-95/25 | | Sustained repetitive | |
| | | | | |
| | | | | |

**IT IS SO ORDERED.**

Dated this 8th day of February, 2018.

                                                    */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr., Magistrate Judge
                                                   United States District Court