IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| Scot Decker, | ) | |
| --- | --- | --- |
| | ) | **GARVIN SEMENKO DEPOSITION** |
| Plaintiff, | ) | **RULINGS (FINAL)** |
| | ) | |
| v. | ) | Case No. 4:14-cv-00088 |
| | ) | |
| I.E. Miller Services, Inc., et. al | ) | |
| | ) | |
| Defendants | ) | |

The following are the court's rulings with respect to the designations and objections by the parties for the presentation of the deposition testimony of the above-named witness.

| Party | Designation | Objection | Ruling | Allowed |
| --- | --- | --- | --- | --- |
| D | 5/9-5/13 | | | 5/9-5/13 |
| D | 5/25-6/5 | | | 5/25-6/5 |
| D | 6/15-7/17 | | | |
| D | 10/10-12/18 | P objects to 11/3-11/6 and 11/11-11/16 as leading | Overruled but questions were redirected | 10/10-11/2<br>11/25-11/25<br>12/14-12/18 |
| D | 13/23-18/10 | P objects to 16/2-16/24 as leading, hearsay, lacks foundation and personnel knowledge, and speculation | | 13/23-15/21<br>17/2-18/11 |
| D | 18/25-20/5 | P objects to 19/21-20/17 as violating order re motion in limine re character evidence, leading, and lacks foundation | | 18/25-19/20 |
| PCD | 28/1-29/9 | | | 28/1-29/9 |
| PCD | 29/18-29/25 | | | 29/18-29/25 |

1

| | | | | |
|---|---|---|---|---|
| PCD | 30/9-31/1 | | | 30/9-31/1 |
| PCD | 32/5-33/10 | | | 32/5-33/10 |
| PCD | 33/18-34/19 | | | 33/18-34/19 |
| PCD | 35/7-37/9 | | | |
| PCD | 37/17-39/4 | | | |
| | | | | |
| | | | | |
| | | | | |

**IT IS SO ORDERED.**

Dated this 14th day of February, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court