IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| Scot Decker, | ) | **AMENDED** |
| | ) | **DEAN ROSBERG** |
| Plaintiff, | ) | **DEPOSITION RULINGS (FINAL)** |
| | ) | |
| v. | ) | Case No. 4:14-cv-00088 |
| | ) | |
| I.E. Miller Services, Inc., et. al | ) | |
| | ) | |
| Defendants | ) | |

The following are the court's rulings as made on the part of the record with respect to the designations and objections by the parties for the presentation of the deposition testimony of the above-named witness.

| Party | Designation | Objection | Ruling | Allowed |
|---|---|---|---|---|
| P | 4/25-5/14 | | | 4/25-5/14 |
| D | 6/5-6/9 | | | 6/5-6/9 |
| P | 6/10-6/19 | | | 6/10-6/19 |
| P | 7/7-7/25 | | | 7/7-7/25 |
| P | 8/5-8/6 | | | 8/5-8/6 |
| P | 8/14-10/20 | | | 8/14-10/20 |
| P | 11/2-13/20 | | | 11/2-13/20 |
| P | 14/12-15/17 | | | 14/12-15/17 |
| P | 16/21-16/25 | | | 16/21-16/25 |
| P | 17/1-17/7 | | | 17/1-17/7 |
| P | 17/14-18/25 | | | 17/14-18/25 |
| P | 19/1-19/12 | | | 19/1-19/12 |
| P | 20/10-20/24 | | | 20/10-20/24 |

| | | | | |
|---|---|---|---|---|
| P | 24/14-25/1 | | | 24/14-25/1 |
| P | 26/8-26/12 | | | 26/8-26/12 |
| P | 29/21-30/12 | | | 29/21-30/12 |
| P | 32/13-32/18 | | | 32/13-32/18 |
| P | 33/6-33/11 | | | 33/6-33/11 |
| D | 33/12-33/18 | | | 33/12-33/18 |
| P | 35/18-36/11 | | | 35/18-36/11 |
| P | 36/24-37/7 | | | 36/24-37/7 |
| P | 37/22-37/25 | | | 37/22-37/25 |
| P | 38/8-38/22 | | | 38/8-38/22 |
| P | 39/12-39/21 | | | 39/12-39/21 |
| P | 40/22-41/7 | | | 40/22-41/7 |
| P | 41/18-42/7 | | | 41/18-42/7 |
| P | 42/20-42/24 | | | 42/20-42/24 |
| P | 44/2-44/6 | | | 44/2-44/6 |
| P | 44/17-44/23 | | | 44/17-44/23 |
| P | 46/1-46/6 | | | 46/1-46/6 |
| P | 49/19-49/25 | | | 49/19-49/25 |
| P | 53/18-53/24 | | | 53/18-53/24 |
| P | 55/17-55/24 | | | 55/17-55/24 |
| P | 56/14-57/3 | | | 56/14-57/3 |
| P | 57/12-57/15 | | | 57/12-57/15 |
| P | 57/23-58/2 | | | 57/23-58/2 |
| P | 58/9-58/11 | | | 58/9-58/11 |
| P | 59/1-59/8 | | | 59/1-59/8 |
| P | 61/17-61/21 | Withdrawn | | |

| | | | | |
|---|---|---|---|---|
| P | 62/4-62/5 | Withdrawn | | |
| P | 62/9-62/9 | Withdrawn | | |
| P | 62/17-62/19 | Withdrawn | | |
| P | 64/3-65/16 | | | 64/3-65/16 |
| P | 65/19-65/22 | | | 65/19-65/22 |
| P | 74/23-75/13 | | | 74/23-75/13 |
| P | 79/24-80/3 | | | 79/24-80/3 |
| P | 80/5-82/3 | | | 80/5-82/3 |
| P | 82/12-82/15 | | | 82/12-82/15 |
| P | 85/13-86/4 | | | 85/13-86/4 |
| P | 89/16-90/1 | Withdrawn | | |
| P | 90/8-90/14 | | | 90/8-90/14 |
| P | 92/5-92/7 | | | 92/5-92/7 |
| P | 94/7-95/6 | | | 94/7-95/6 |
| P | 102/17-102/19 | | | 102/17-102/19 |
| P | 103/7-103/12 | Withdrawn | | |
| P | 103/15-103/19 | Withdrawn | | |
| P | 104/5-104/23 | | | 104/5-104/23 |
| P | 106/3-108/3 | | | 106/3-108/3 |
| P | 109/10-110/12 | | | 109/10-110/12 |
| P | 110/24-111//2 | | | 110/24-111//2 |
| P | 113/4-113/16 | | | 113/4-113/16 |
| P | 116/9-120/6 | | | 116/9-120/6 |
| P | 120/11-120/15 | | | 120/11-120/15 |
| P | 121/14-121/19 | | | 121/14-121/19 |
| P | 123/4-123/7 | | | 123/4-123/7 |

| | | | | |
|---|---|---|---|---|
| D | 123/15-123/21 | | | 123/15-123/21 |
| P | 125/19-125/21 | | | 125/19-125/21 |
| D | 127/7-128/17 | | | 127/7-128/17 |
| D | 131/6-136/12 | | | 131/6-131/24<br>134/24-136/12 |
| D | 138/15-138/20 | | | 138/15-138/20 |
| D | 139/9-139/17 | | | 139/9-139/17 |
| P | 141/11-142/18 | | | 141/11-142/18 |
| P | 143/23-144/7 | | | 143/23-144/7 |
| P | 144/13-145/1 | | | 144/13-145/1 |
| P | 146/23-147/7 | | | 146/23-147/7 |
| P | 148/4-149/17 | | | 148/4-149/17 |
| P | 150/2-151/9 | | | 150/2-151/9 |
| P | 151/15-151/20 | | | 151/15-151/20 |
| P | 155/16-156/22 | | | 155/16-156/22 |
| D | 158/24-159/20 | | | 158/24-159/20 |
| P | 160/15-164/7 | | | 160/15-164/7 |

**IT IS SO ORDERED.**

Dated this 15th day of February, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court